# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED MORALES**, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED,<br><br>**Plaintiff,**<br><br>vs.<br><br>**WALGREEN CO.**, AN ILLINOIS CORPORATION; AND DOES 1-50, INCLUSIVE,<br><br>**Defendants.** | Case No.: 19-CV-000085-YGR<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 15 |

Plaintiff Alfred Morales filed a Motion to Remand on January 22, 2019. (Dkt. No. 15.) Defendant Walgreen Co. filed its responsive brief on February 5, 2019. (Dkt. No. 17.) Plaintiff filed his reply on February 12, 2019. (Dkt. No. 19.) Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record on April 15, 2019, the Court **GRANTS** plaintiff's motion to remand this action to San Francisco Superior Court. The Clerk of Court is directed to remand the case and close the file.

This Order terminates Dkt. No. 15.

**IT IS SO ORDERED**.

April 15, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**